

ZACHARY W. CARTER
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Carolyn K. Depoian
Assistant Corporation Counsel
cdepoian@law.nyc.gov
Phone: (212) 356-2358
Fax: (212) 356-3509

August 19, 2014

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Yahnick Martin et al. v. The City of New York, et al.,
      13 CV 1534 (ILG)(RER)

Your Honor:

Pursuant to the Court's July 8, 2014 Order, I write on behalf of the parties to update the Court regarding the status of discovery in this case.

On June 20, 2014, the Court granted the parties' request for an extension of time to complete fact discovery in this matter because:  1) the parties had not yet been able to obtain the transcript of the disciplinary proceeding brought against defendant Goris; and 2) the police commissioner had not yet acted on the trial commissioner's recommendations following his administrative trial.  At this time, the undersigned is in receipt of the transcript and will produce it to the parties immediately.  Additionally, upon information and belief, the police commissioner has signed off on the trial commissioner's disciplinary recommendation, and thus this decision is final and is now also available for production.

After plaintiffs have had the opportunity to review these documents, the parties will be in a position to determine whether a settlement conference will be beneficial.  Therefore, the parties will update the Court within 30 days, or by September 19, 2014 – to either request a settlement conference, or, in the alternative, to let the Court know that we intend to proceed with depositions.

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

/s/
Carolyn K. Depoian
Assistant Corporation Counsel

cc:    Alan D. Levine, Esq.
*Attorney for Plaintiffs*

John Burns, Esq.
*Attorney for Defendant Goris*