

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY W. CARTER**
*Acting Corporation Counsel*

**Carolyn K. Depoian**
Assistant Corporation Counsel
cdepoian@law.nyc.gov
Phone: (212) 356-2358
Fax: (212) 356-3509

October 16, 2014

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Yahnick Martin et al. v. The City of New York, et al.,
>        13 CV 1534 (ILG)(RER)

Your Honor:

         I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write on behalf of all parties to respectfully request a 60 day extension of time, from October 20, 2014 to December 22, 2014 to complete fact discovery in the above-referenced matter.

         As the Court is aware, a settlement conference is currently set for October 27, 2014 at 2:00 p.m.[1] At this time, all parties are available to attend this conference and intend to participate fully. Therefore, the parties respectfully request that the fact discovery deadline in this case be extended until after such time as the currently scheduled settlement conference can take place. This extension will allow the parties to attempt to resolve this matter before incurring the additional costs of discovery.

---

[1] For an update regarding the status of discovery in this matter, the parties respectfully refer the Court to the status report filed on September 19, 2014.

The parties thank the Court for its time and consideration herein.

                              Respectfully submitted,

                              /s/
                            Carolyn K. Depoian
                            Assistant Corporation Counsel

cc:     Alan D. Levine, Esq. (By ECF)
        *Attorney for Plaintiffs*

        John Burns, Esq. (By ECF)
        *Attorney for Defendant Goris*