

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY W. CARTER**
*Acting Corporation Counsel*

**Carolyn K. Depoian**
Assistant Corporation Counsel
cdepoian@law.nyc.gov
Phone: (212) 356-2358
Fax: (212) 356-3509

October 31, 2014

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Yahnick Martin et al. v. The City of New York, et al.,
13 CV 1534 (ILG)(RER)

Your Honor:

The City defendants write on behalf of all parties to respectfully inform the Court that we have reached a settlement agreement in this matter. Accordingly, the parties respectfully request that the Court adjourn, *sine die,* all currently scheduled deadlines and appearances.

Pursuant to the parties' agreement, the undersigned will forward the necessary settlement documents to the parties for execution. Upon receipt, the undersigned will forward an executed Stipulation of Settlement and Order of Dismissal to the Court for endorsement and filing.

The parties thank Your Honor for your assistance in resolving this matter.

Respectfully submitted,

/s
Carolyn K. Depoian
Assistant Corporation Counsel

cc: Alan D. Levine, Esq. (By ECF)
*Attorney for Plaintiffs*

John Burns, Esq. (By ECF)
*Attorney for Defendant Goris*