UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

YAHNICK MARTIN and BRANDIS PEEPLES,

                                 Plaintiffs,

          -against-

P.O. PETER BEHAN, Shield No. 06134, P.O. ROMAN GORIS, Shield No. 14772, P.O. DEVEN OKVIST, Shield No. 05730, and THE CITY OF NEW YORK,

                                 Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-1534 (ILG)(RER)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

ALAN D. LEVINE
*Attorney for Plaintiffs*
80-02 Kew Gardens, Road, Ste. 302
Kew Garden, NY 11415

By: _____
Alan D. Levine
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Behan, Okvist*
100 Church Street, Rm.
New York, New York 10007

By: _____
Carolyn K. Depoian
*Assistant Corporation Counsel*

WORTH, LONGWORTH & LONDON LLP
*Attorney for Defendant Goris*
111 John Street – Suite 640
New York, New York 10038

By: _____
Douglas LaBarbera

SO ORDERED:

Dated: New York, New York
_____, 2014

_____
HON. I. LEO GLASSER, SR.
UNITED STATES DISTRICT JUDGE